UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**KIMBERLY STARLING,**

   Plaintiff,

v.                                                                    No. 4:24-cv-01135-P

**ECONOMIC TRADING, INC.,**

   Defendant.

# FINAL JUDGMENT

This final judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). In accordance with the Court's Order on this same day, this case is **DISMISSED with prejudice**. The Clerk of the Court shall transmit a true copy of this judgment to the parties.

**SO ORDERED** on this **6th day of February 2025.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE